```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         JAN - 7 2026

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY              DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> James Hermosillo <br> Defendant. | Case No.: 2:08-CR-0713-DSF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD Cal.__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __lack of stable residence + viable surety; drug use__

3   and/or

4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7   finding is based on _new felony conviction; ongoing_
8   _involvement with drug sales + use + firearms_

13   IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: _1/7/26_

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE